# United States District Court

## WESTERN DISTRICT OF WASHINGTON

ELIJAH STROMAN

v.

ELDON VAIL,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5458FDB

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

The petition for writ of habeas corpus is DENIED.

____February 17, 2010____
Date

____BRUCE RIFKIN____
Clerk

____*s/CM Gonzalez*____
Deputy Clerk